# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2006 ★
BROOKLYN OFFICE

July 21, 2006

<u>Via Facimile</u>
The Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

    Re:   <u>United States v. Ivan Mauricio Moreno, 06 CR 425 (JG)</u>

Your Honor:

    My client, Ivan Moreno, is charged with possession with intent to distribute heroin. Mr. Moreno was released on a $500,000 bond. Under the terms of the bond, his travel is restricted to the five boroughs of the City of New York.

    Yesterday, July 20, 2006, the Immigration and Customs Enforcement case agent arrested and detained Mr. Moreno's girlfriend, Tatyana Sotelo, on deportation charges. Ms. Sotelo is currently being detained at the Elizabeth Detention Center in New Jersey. I respectfully request that Your Honor modify Mr. Moreno's bond to permit him to travel to New Jersey to visit Ms. Sotelo.

    AUSA Elizabeth Latif has no objection to our request.

Respectfully submitted,

Justine A. Harris
Staff Attorney
(718) 407-7403

cc:   AUSA Elizabeth Latif
       United States Pre-Trial Services

Application Granted
USMJ
7/21/06

s/Steven Gold